Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Cortez** | **Alvarez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Texas** | |
| Case number (if known) | **25-42809** | | |

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ David Cortez Alvarez**

David Cortez Alvarez, Debtor 1

Date **11/20/2025**

MM/ DD/ YYYY

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Cortez** | **Alvarez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Texas**

Case number **25-42809**

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

**1.** **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1** **613 Silver Spur Drive**
Street address, if available, or other description

**Southlake, TX 76092**
City    State    ZIP Code

**Tarrant**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$1,773,000.00**

**Current value of the portion you own?**
**$886,500.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☑ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

Debtor  **Alvarez, David Cortez**

Case number *(if known)*  **25-42809**

---

**1.2**  **Marriott Frenchman Cove**

Street address, if available, or other description

**St. Thomas, US Virgin Islands,**

City          State       ZIP Code

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☑ Timeshare
☐ Other

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**Deed ID: UC*0111*49*B 2500 points, MVCD Trust Annual Points 2500 points, MVCD Trust Banked Points**

Source of Value:  **timeshare**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$32,000.00                              $32,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Points-based**

☑ Check if this is community property
(see instructions)

---

**1.3**  **Marriott Week - Maui**

Street address, if available, or other description

**100 Nohaina**

**Maui, HI**

City          State       ZIP Code

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☑ Timeshare
☐ Other

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$19,999.00                              $19,999.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Points-based share**

☑ Check if this is community property
(see instructions)

---

**1.4**  **Diamond Resorts Grand Beach I**

Street address, if available, or other description

**Orlando, FL**

City          State       ZIP Code

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☑ Timeshare
☐ Other

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$11,500.00                              $11,500.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Points**

☑ Check if this is community property
(see instructions)

---

Debtor   **Alvarez, David Cortez**                                          Case number *(if known)*  **25-42809**

---

| 1.5 | **Casa Dorada in Cabo San Lucas** | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

1.5 **Casa Dorada in Cabo San Lucas**

Street address, if available, or other description

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☑ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $15,000.00

**Current value of the portion you own?**   $15,000.00

**Cabo, San Lucas,**

City      State      ZIP Code

County

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Points-based**

☑ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:   Roberta & David Alvarez & Larry Ripaldi

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here .......................................... ➡   **$964,999.00**

---

| **Part 2:** | Describe Your Vehicles |

---

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

- ☐ No
- ☑ Yes

3.1 Make:   **Audi**

Model:   **SQ5**

Year:   **2025**

Approximate mileage:   **8600**

Other information:

**Chloe Alvarez**

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $60,979.00

**Current value of the portion you own?**   $0.00

If you own or have more than one, describe here:

3.2 Make:   **Audi**

Model:   **SQ8**

Year:   **2023**

Approximate mileage:   _____

Other information:

**Roberta Alvarez**

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $96,990.00

**Current value of the portion you own?**   $0.00

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **3**

Debtor   **Alvarez, David Cortez**

Case number *(if known)* **25-42809**

---

| 3.3 | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

3.3

Make: **Ford**

Model: **Mustang**

Year: **2024**

Approximate mileage: _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $61,500.00 | $61,500.00 |

Other information:

**David A. Alvarez, Jr.**

---

3.4

Make: **Audi**

Model: **Q5**

Year: **2018**

Approximate mileage: _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $13,595.00 | $13,595.00 |

Other information:

**David C. Alvarez**

---

3.5

Make: **Lexus**

Model: **IS350**

Year: **2011**

Approximate mileage: **101201**

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $11,990.00 | $11,990.00 |

Other information:

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

   4.1

   Make: _____

   Model: _____

   Year: _____

   **Who has an interest in the property?** Check one.

   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|

   Other information:

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................➡  | **$87,085.00** |

---

**Part 3:**   Describe Your Personal and Household Items

Debtor  **Alvarez, David Cortez**                                                            Case number *(if known)* **25-42809**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.    Household goods and furnishings**

*Examples:*  Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe. .........   **Dining Tables and Chairs, King Bed, Leather Recliners, Coffee Tables, Night Stands, Dressers, Glass Cabinet, Kitchen Table and Chairs, Table Lamps, Couches.**    **$12,500.00**

**7.    Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe. .........   **Samsung TV 75, HP Laptop, Macbook Pro, Samsung TV 55, Samsung TV 50, Sat Nav Tom Tom, Sony Bravo Projector, OMN TV 50**    **$6,960.00**

**8.    Collectibles of value**

*Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes. Describe. .........

**9.    Equipment for sports and hobbies**

*Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No

☐ Yes. Describe. .........

**10.    Firearms**

*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes. Describe. .........

**11.    Clothes**

*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. .........   **Men's Used Suits ($450); Men's Used Workout Clothing ($1,050); Men's Winter Clothing ($550); Men's Used Shoes ($450); Men's used undergarments, ties ($325)**    **$2,825.00**

Debtor  **Alvarez, David Cortez**                                    Case number *(if known)* **25-42809**

---

12. **Jewelry**

*Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........

| men's ring, bracelet, 2 watches. | $3,300.00 |
|---|---|

13. **Non-farm animals**

*Examples:*  Dogs, cats, birds, horses

☑ No

☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

☑ Yes. Give specific information. .............

| Items Wife (Roberta Alvarez) took from home in April 2025. Household Furniture Lululemon Men's Clothing Gucci Handbag Prada Bags Handbags Misc. Sheets, Towels, Pillow Cases DY 14MM Chatelaine Gucci Jewelry Jewelry - Tennis Bracelet/Ring Jewelry Misc. LV iPhone Case LV Perfume Sun Glasses - D&G LV Luggage LV Handbags LV Luggage Gucci Luggage, Gucci Jewelry / Handbag / Silk Gucci Handbag LV Handbags LV Handbags LV Handbags LV Perfumes Hermes Perfume LV Perfume YSL Belt Gucci Handbag Gucci Scarf YSL Purse LV Handbags LV Misc. LV Handbags Gucci Equipment Travel Luggage Painting Gucci Shoes LV Shoes | $124,939.39 |
|---|---|

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................... ➡ | $150,524.39 |

---

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ....................................................................................    Cash: ...................  | $2,000.00 |

---

Debtor  **Alvarez, David Cortez**                                      Case number *(if known)* **25-42809**

---

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ..................                            Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **SoFi** | **$18,374.80** |
| 17.2. Checking account: | **Wells Fargo (Premier Checking)**<br>**Account Number: 5947** | **$59,005.26** |
| 17.3. Savings account: | **Account Number: 9355** | **$0.00** |
| 17.4. Other financial account: | **Wells Fargo (Brokerage)**<br>**Account Number: 4545** | **$158.13** |
| 17.5. Other financial account: | **Truist (HELOC)** | **$0.00** |
| 17.6. Other financial account: | **Wells Fargo (Priority Credit Line)**<br>**Account Number: 5334** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

☑ Yes ..................   Institution or issuer name:

| | |
|---|---|
| **E*Trade- Morgan Stanley** | **$268,564.49** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Alvarez Asset Holding, LLC** | **100.00%** | **$0.00** |
| **Chloe Enterprises, Inc. d/b/a Sparkling Services (closed)** | **50.00%** | **$0.00** |
| **D&A Alvarez Group, LLC** | **100.00%** | **$0.00** |
| **D&C Asset Holdings Series 1, LLC** | **50.00%** | **unknown** |
| **Precise Cleaning, LLC** | **100.00%** | **unknown** |
| **Precise Elite, LLC** | **50.00%** | **unknown** |

---

Debtor  **Alvarez, David Cortez**                                    Case number *(if known)* **25-42809**

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
    information about
    them....................   Issuer name:

    _____      _____

    _____      _____

    _____      _____

21. **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each
    account separately.   Type of account:      Institution name:

    IRA:      **Wells Fargo** _____      **$5,000.00**

    Additional account:   _____      **unknown**

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No

    ☐ Yes .....................          Institution name or individual:

    Electric:   _____      _____

    Gas:   _____      _____

    Heating oil:   _____      _____

    Security deposit on rental unit:   _____      _____

    Prepaid rent:   _____      _____

    Telephone:   _____      _____

    Water:   _____      _____

    Rented furniture:   _____      _____

    Other:   _____      _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☐ No

    ☑ Yes .....................   Issuer name and description:

    **Transamerica Life Ins Co (whole life) | life insurance** _____      **unknown**

    **Wells Fargo Annuities (Brokerage Cash Services - 43206357) (4 accts) | Brokerage
    - Annuity** _____      **$781,446.90**

---

Official Form 106A/B                         **Schedule A/B: Property**                         page **8**

Debtor  **Alvarez, David Cortez**                                                    Case number *(if known)* **25-42809**

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☐ No

    ☑ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    | | |
    |---|---|
    | **529 for daughter in name of Roberta Alvarez** | unknown |
    | **529 for son in name of Roberta Alvarez** | unknown |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☐ No

    ☑ Yes. Give specific
    information about them. ...   **Marital Trust with house and note on 3705 W. 5th Street**          unknown

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
    information about them. ...

27. **Licenses, franchises, and other general intangibles**
    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
    information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☐ No

    ☑ Yes. Give specific information about
    them, including whether you
    already filed the returns and
    the tax years. ...................   **unknown - not yet filed (IRS will take refund)**     Federal:     unknown

    State:

    Local:

29. **Family support**
    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
    settlement

---

Debtor  **Alvarez, David Cortez**

Case number *(if known)* **25-42809**

---

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........ _____

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Prudential** | **children** | **unknown** |
| **Transamerica Life Ins. Co.** | **children - David Alvarez, Chloe Alvarez** | **unknown** |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim. .............. | **Mortgage with Matt Akot ($75000)** | **unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☑ Yes. Describe each claim. .............. | **Community and separate property not divided with spouse** | **unknown**

35. **Any financial assets you did not already list**

☐ No

☑ Yes. Give specific information. ........ | **Jointly Awarded Attorneys Fees in Legal Judgment** | **unknown**

---

Debtor  **Alvarez, David Cortez**                                              Case number *(if known)* **25-42809**

---

| 36. | Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ................................................. ➔ | **$1,134,549.58** |
|-----|---|---|

---

**Part 5:**     Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe. .........   [                                        ]     _____

39. **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe. .........   [ **Laptop, Printer, Apple Computer** ]     **$200.00**

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe. .........   [                                        ]     _____

41. **Inventory**

☑ No
☐ Yes. Describe. .........   [                                        ]     _____

42. **Interests in partnerships or joint ventures**

☐ No
☑ Yes. Describe .......

Name of entity:                                    % of ownership:

**309 Pine, LLC**                                    **49.00%**                    **unknown**

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No
☐ Yes. Describe. .........   [                                        ]     _____

---

Debtor   **Alvarez, David Cortez**

Case number *(if known)* **25-42809**

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
   information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
    **for Part 5. Write that number here** ...................................................................................................... ➡    | $200.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the**
**portion you own?**
Do not deduct secured
claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
   information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .........................

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................

Debtor   **Alvarez, David Cortez**                                    Case number *(if known)* **25-42809**

---

| | | |
|---|---|---|
| 51. | **Any farm- and commercial fishing-related property you did not already list** | |
| | ☑ No | |
| | ☐ Yes. Give specific information. ............ | |
| 52. | **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ............................................. ➔ | **$0.00** |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

| | | |
|---|---|---|
| 53. | **Do you have other property of any kind you did not already list?** | |
| | *Examples:* Season tickets, country club membership | |
| | ☐ No | |
| | ☑ Yes. Give specific information. ............ | **6,604,754 American Express Membership Rewards Points as of 7/22/2025, account ending 4-44001** — **$39,628.00** |
| | | **Burial Plot** — **unknown** |
| | | **Marriott Points - 2500 points (annual deed for Timeshare)** — **$32,000.00** |
| 54. | **Add the dollar value of all of your entries from Part 7. Write that number here** ...................... ➔ | **$71,628.00** |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................. ➔ | | **$964,999.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$87,085.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$150,524.39** | |
| 58. | **Part 4: Total financial assets, line 36** | **$1,134,549.58** | |
| 59. | **Part 5: Total business-related property, line 45** | **$200.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | **+   $71,628.00** | |
| 62. | **Total personal property.** Add lines 56 through 61. ............... | **$1,443,986.97** | Copy personal property total ➔   **+   $1,443,986.97** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. .......................................... | | **$2,408,985.97** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Cortez** | **Alvarez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Texas** _____

Case number (if known) **25-42809**

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.1** **Truist (HELOC)**

Creditor's Name

**Truist Financial**

**214 N. Tryon Street Ste. 3**

Number          Street

**28202**

City          State          ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**613 Silver Spur Drive Southlake, TX 76092**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Amount of claim: **$0.00**     Value of collateral: **$886,500.00**     Unsecured portion: **$0.00**

**Remarks:** Homestead - HELOC (Home Equity Line of Credit)

Add the dollar value of your entries in Column A on this page. Write that number here:     **$0.00**

Debtor 1    **David**          **Cortez**          **Alvarez**

First Name          Middle Name          Last Name          Case number *(if known)* __25-42809__

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Do not deduct the value of collateral. | | If any |

| 2.2 | **Truist Bank** | Describe the property that secures the claim: | **$2,271.67** | **$0.00** | **$2,271.67** |

Creditor's Name

**P.O. Box 85092**

Number      Street

**Richmond, VA 23286**

City      State      ZIP Code

**Describe the property that secures the claim:**

**2025 Audi SQ5**

**Chloe Alvarez**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____      **Last 4 digits of account number** ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$2,271.67** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$2,271.67** |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page __2__ of __3__

| Debtor 1 | **David** | **Cortez** | **Alvarez** | Case number *(if known)* **25-42809** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1. | **Truist Bank** | | On which line in Part 1 did you enter the creditor? **2.2** |
|---|---|---|---|
| | Name | | |
| | **Truist Bank, Support Services** | | Last 4 digits of account number ___6___ ___5___ ___1___ ___1___ |
| | **P.O. Box 1847 / 100-50-01-51** | | |
| | Number        Street | | |
| | **Wilson, NC 27894** | | |
| | City        State        ZIP Code | | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Cortez** | **Alvarez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Eastern** | District of | **Texas** |
| Case number (if known) | **25-42809** | | |

☑ Check if this is an amended filing

<u>Official Form 106H</u>

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No. Go to line 3.
   - ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      - ☐ No
      - ☑ Yes. In which community state or territory did you live? ____**Texas**____. Fill in the name and current address of that person.

      **Roberta Alvarez**
      Name of your spouse, former spouse, or legal equivalent

      **7330 Stonebrook Pkwy Ste. 100, MB #3**
      Number          Street

      **c/o Michael Wysocki**
      Street 2

      **Frisco, TX 75034**
      City          State          ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** **Alvarez, Roberta**<br>Name<br>**Michael Wysocki, Ste. 100, MB#3**<br>Number          Street<br>**7330 Stonebrook Parkway**<br>Street 2<br>**Frisco, TX 75034**<br>City          State          ZIP Code | ☑ Schedule D, line ____**2.1**____<br>☑ Schedule E/F, line ____**2.1**____<br>☐ Schedule G, line _____ |

Debtor 1    **David**      **Cortez**      **Alvarez**      Case number *(if known)* __25-42809__

          First Name        Middle Name       Last Name

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.2**  **Chloe Alvarez**<br>Name | ☑ Schedule D, line ____**2.2**____ |
| **3406 Topeka**<br>Number       Street | ☐ Schedule E/F, line _____ |
| **Dallas, TX 75212**<br>City     State     ZIP Code | ☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Cortez** | **Alvarez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Texas** | |
| Case number (if known) | **25-42809** | | |

☑ Check if this is an amended filing

**Official Form 106Sum**

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................. **$964,999.00**

   1b. Copy line 62, Total personal property, from *Schedule A/B*...................................... **$1,443,986.97**

   1c. Copy line 63, Total of all property on *Schedule A/B*................................................ **$2,408,985.97**

## Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... **$2,271.67**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... **$1,054,819.48**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ **+ $99,535.77**

   **Your total liabilities** **$1,156,626.92**

## Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

   Copy your combined monthly income from line 12 of *Schedule I*........................................................................ **$8,713.70**

5. *Schedule J: Your Expenses* (Official Form 106J)

   Copy your monthly expenses from line 22c of *Schedule J*............................................................................ **$18,498.23**

| Debtor 1 | David | Cortez | Alvarez | Case number *(if known)* __25-42809__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:** Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |