Premier

# Wells Fargo Premier Checking

Questions? Please contact us:

**Wells Fargo Premier Client Service**
Available 24 hours a day, 7 days a week
We accept all relay calls, including 711
*Phone:* **1-800-742-4932**
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR  97228-6995

DAVID C ALVAREZ
3406 TOPEKA AVE
DALLAS TX 75212-2845

September 30, 2025
Page 2 of 6

 **Premier**

## Accounts linked to your Wells Fargo Premier Checking account:

### Bank Deposit Account(s)

| Account (Account Number) | $ Balance |
|---|---|
| Wells Fargo Premier Checking (███5947) - **Your primary account** | 74,005.76 |

### Investment Account(s)*

| Account (Account Number) | $ Balance |
|---|---|
| Brokerage Cash Services (███4545) | 158.15 |
| Brokerage Cash Services (███5517) | 0.00 |
| Brokerage Cash Services (███6357) | 788,521.12 |
| IRA Brokerage Cash Services (███4600) | 0.48 |
| Standard Brokerage (███8641) | 0.00 |

## Your Qualification Balance this month:                    $862,685.51

\*     **Investment and Insurance Products are:**
- **Not Insured by the FDIC or Any Federal Government Agency**
- **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
- **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

*Accounts linked in Summary will be provided a separate statement.*

**WELLS FARGO** Premier

---

### Important Account Information

(A) If your Premier Checking account is closed or converted to another checking product, all linked accounts are delinked from the Premier Checking account and effective immediately, your Premier Checking relationship benefits no longer apply, including associated benefits to your now delinked accounts. You'll no longer receive discounts, options to avoid fees on other products or services, or the Relationship Interest Rate. Your delinked accounts will revert to the Bank's current applicable interest rate or fee at that time. For time accounts (CDs), this change will occur at renewal. (B) If you or we delink an account from your Premier Checking account, but other accounts remain linked, the loss of all benefits and the other consequences described above in (A) will immediately apply to the delinked account. Benefits available to your Premier Checking account and any remaining linked accounts will continue.

---

### Important Account Information

The balances within the "Accounts linked to your Wells Fargo Premier Checking account" section of your statement may not match your statement of record for investment products due to differences in statement periods between this statement and the statement for your investment products. This section shows balance information from (1) consumer bank deposit accounts, bank fiduciary and custody accounts, (2) investment accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company.

**Investment and Insurance Products are:**
**- Not Insured by the FDIC or Any Federal Government Agency**
**- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513668.1.1

### Other Wells Fargo Benefits

### Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo using texts and automated calls that look real.

Wells Fargo will not contact you and ask you to:
- Provide your PIN, access code, or card information.
- Give device passwords, share your screen, or join a video call.
- Withdraw cash and deposit it to another account.
- Send money to a person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- Hand over, mail, or leave your card somewhere for pick-up.

**Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account.** You can also check for suspicious activity through our mobile app* or online. If you think your card has been used fraudulently, please contact us as soon as possible.

*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

WELLS FARGO Premier

# Wells Fargo Premier Checking

This is your primary checking account

## Statement period activity summary

[redacted]

| | |
|---|---|
| **Balance on 9/30** | **$74,005.76** |

Account number: **6386975947 (primary account)**
**DAVID C ALVAREZ**
*Wells Fargo Bank, N.A. (Member FDIC)*
*TEXAS account terms and conditions apply*
Questions about your account: **1-800-742-4932**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.50 |
| Interest earned this statement period | $0.50 |
| Average collected balance | $60,119.50 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $4.23 |

## Transaction history

| *Date* | *Description* | *Check No.* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending Daily Balance* |
|---|---|---|---|---|---|
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| 9/17 | eDeposit IN Branch 09/17/25 03:21:51 Pm 8988 Preston Rd Frisco TX | | 1,400.00 | | 59,005.26 |
| 9/29 | Sofi Bank Transfer SD1700 Dalvarez David Alva:67477:92314 | | 15,000.00 | | 74,005.26 |
| 9/30 | Interest Payment | | 0.50 | | 74,005.76 |
| **Totals** | | | **$17,748.73** | **$14,374.21** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Important Account Information**

After November 19, 2025, Wells Fargo will no longer offer the option to establish new overdraft protection linkages from a home equity line of credit to deposit accounts. If there is a home equity line of credit account that is currently providing overdraft protection for your checking account, it will be delinked from overdraft protection on February 9, 2026. Unless your checking account is linked to another overdraft protection source, you will lose overdraft protection on or after February 9, 2026. Your home equity line of credit account is not being closed or changed and as long as you have available credit, you can continue to make credit advances in other ways such as access checks (if applicable), online, visiting a branch and by phone. Call us anytime for additional details at 1-800-TO-WELLS (1-800-869-3557) or visit your local branch.

**Important Account Information**

**WELLS FARGO** | Premier

=> **Wells Fargo Premier Checking** (continued)

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

**Important Account Information**

The Wells Fargo Premier Checking account has a $35 monthly service fee which can be avoided each fee period with $250,000 or more in statement-ending qualifying linked (a) consumer bank deposit account balances (checking, savings, time accounts (CDs), FDIC-insured IRAs) and (b) investment account balances (investments available through our brokerage affiliate Wells Fargo Advisors*,**, and applicable bank fiduciary and custody accounts.) Wells Fargo may waive the monthly service fee at its discretion for promotional or other purposes. Refer to the Wells Fargo Bank Consumer Account Fee and Information Schedule at wellsfargo.com/online-banking/consumer-account-fees/ for further information about the Premier Checking account and applicable bank fees.

*Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.
**Certain investments or investment accounts are not eligible for linking.

**Investment and Insurance Products are:**
**- Not Insured by the FDIC or Any Federal Government Agency**
**- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-12032026-8034457.1.1

---

**Important Account Information**

**Exclusive Wells Fargo Premier Client Events**
As a Wells Fargo Premier client, you may have access to a variety of events featuring industry specialists and thought leaders. Visit wellsfargo.com/premierevents to learn more.

**WELLS FARGO** | Premier

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.
©2021 Wells Fargo Bank, N.A., All rights reserved. NMLSR ID 399801



**WELLS FARGO** Premier

# Wells Fargo Premier Checking

Questions? Please contact us:

**Wells Fargo Premier Client Service**
Available 24 hours a day, 7 days a week
We accept all relay calls, including 711

*Phone:* **1-800-742-4932**
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR  97228-6995

DAVID C ALVAREZ
3406 TOPEKA AVE
DALLAS TX 75212-2845

RSNIP-05202026-7363986.1.1



**Premier**

October 31, 2025
Page 2 of 6

## Accounts linked to your Wells Fargo Premier Checking account:

### Bank Deposit Account(s)

| Account (Account Number) | $ Balance |
|---|---|
| Wells Fargo Premier Checking ( 5947) - **Your primary account** | 1,406.09 |

### Investment Account(s)*

| Account (Account Number) | $ Balance |
|---|---|
| Brokerage Cash Services ( 4545) | 158.16 |
| Brokerage Cash Services ( 5517) | 0.00 |
| Brokerage Cash Services ( 6357) | 793,049.75 |
| IRA Brokerage Cash Services ( 4600) | 0.48 |
| Standard Brokerage ( 8641) | 0.00 |

## Your Qualification Balance this month:                    $794,614.48

\*        **Investment and Insurance Products are:**
- **Not Insured by the FDIC or Any Federal Government Agency**
- **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
- **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

*Accounts linked in Summary will be provided a separate statement.*

**WELLS FARGO** Premier

---

**Important Account Information**

(A) If your Premier Checking account is closed or converted to another checking product, all linked accounts are delinked from the Premier Checking account and effective immediately, your Premier Checking relationship benefits no longer apply, including associated benefits to your now delinked accounts. You'll no longer receive discounts, options to avoid fees on other products or services, or the Relationship Interest Rate. Your delinked accounts will revert to the Bank's current applicable interest rate or fee at that time. For time accounts (CDs), this change will occur at renewal. (B) If you or we delink an account from your Premier Checking account, but other accounts remain linked, the loss of all benefits and the other consequences described above in (A) will immediately apply to the delinked account. Benefits available to your Premier Checking account and any remaining linked accounts will continue.

---

**Important Account Information**

The balances within the "Accounts linked to your Wells Fargo Premier Checking account" section of your statement may not match your statement of record for investment products due to differences in statement periods between this statement and the statement for your investment products. This section shows balance information from (1) consumer bank deposit accounts, bank fiduciary and custody accounts, (2) investment accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company.

**Investment and Insurance Products are:**
**- Not Insured by the FDIC or Any Federal Government Agency**
**- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513668.1.1

**Other Wells Fargo Benefits**

**It's Cybersecurity Awareness Month.**

In today's digital world, scammers are using advanced tools like AI to make impersonation scams harder to detect. Caller ID can be spoofed, emails can be faked, voices can be cloned, and images can be altered.

**Imposters may contact you with messages that:**
- Are unexpected.
- Appear to be from a legitimate source but could be spoofed.
- Claim to be urgent, asking you to act right away, without thinking.
- Use language that manipulates your emotions.
- Request payment through unusually specific methods like gift cards, cryptocurrency or payment apps.

If you have any doubts about a message, call the company or government agency directly to find out if there really is a problem.

And if they're impersonating Wells Fargo, don't engage. Instead, call us right away or you can always check your account in the Wells Fargo Mobile® app* or in online banking.

Learn more at www.wellsfargo.com/scams

*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

October 31, 2025

**WELLS FARGO** Premier

# Wells Fargo Premier Checking

This is your primary checking account

## Statement period activity summary

| | |
|---|---|
| Balance on 10/1 | 74,005.76 |
| Deposits/Additions | 1,400.33 |
| Withdrawals/Subtractions | - 74,000.00 |
| **Balance on 10/31** | **$1,406.09** |

Account number: ▓▓▓▓ **5947 (primary account)**
**DAVID C ALVAREZ**

*Wells Fargo Bank, N.A. (Member FDIC)*

*TEXAS account terms and conditions apply*

Questions about your account: **1-800-742-4932**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.33 |
| Interest earned this statement period | $0.33 |
| Average collected balance | $38,741.24 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $4.56 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 10/17 | Transfer IN Branch - to David Cortez Alvarez DDA Xxxxxx6472 901 W Rosedale St Fort Worth TX | | | 74,000.00 | 5.76 |
| 10/20 | eDeposit IN Branch 10/18/25 11:42:48 Am 8988 Preston Rd Frisco TX | | 1,400.00 | | 1,405.76 |
| 10/31 | Interest Payment | | 0.33 | | 1,406.09 |
| **Totals** | | | **$1,400.33** | **$74,000.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

### Important Account Information

After November 19, 2025, Wells Fargo will no longer offer the option to establish new overdraft protection linkages from a home equity line of credit to deposit accounts. If there is a home equity line of credit account that is currently providing overdraft protection for your checking account, it will be delinked from overdraft protection on February 9, 2026. Unless your checking account is linked to another overdraft protection source, you will lose overdraft protection on or after February 9, 2026. Your home equity line of credit account is not being closed or changed and as long as you have available credit, you can continue to make credit advances in other ways such as access checks (if applicable), online, visiting a branch and by phone. Call us anytime for additional details at 1-800-TO-WELLS (1-800-869-3557) or visit your local branch.

---

### Important Account Information

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

### Important Account Information

**WELLS FARGO** Premier

## => **Wells Fargo Premier Checking** (continued)

The Wells Fargo Premier Checking account has a $35 monthly service fee which can be avoided each fee period with $250,000 or more in statement-ending qualifying linked (a) consumer bank deposit account balances (checking, savings, time accounts (CDs), FDIC-insured IRAs) and (b) investment account balances (investments available through our brokerage affiliate Wells Fargo Advisors*,**, and applicable bank fiduciary and custody accounts.) Wells Fargo may waive the monthly service fee at its discretion for promotional or other purposes. Refer to the Wells Fargo Bank Consumer Account Fee and Information Schedule at wellsfargo.com/online-banking/consumer-account-fees/ for further information about the Premier Checking account and applicable bank fees.

*Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.
**Certain investments or investment accounts are not eligible for linking.

**Investment and Insurance Products are:**
**- Not Insured by the FDIC or Any Federal Government Agency**
**- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-12032026-8034457.1.1

------------------

**Important Account Information**

**Exclusive Wells Fargo Premier Client Events**
As a Wells Fargo Premier client, you may have access to a variety of events featuring industry specialists and thought leaders. Visit wellsfargo.com/premierevents to learn more.

October 31, 2025

**WELLS FARGO** Premier

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.
©2021 Wells Fargo Bank, N.A., All rights reserved. NMLSR ID 399801



# Wells Fargo Prime Checking

October 17, 2025 ■ Page 1 of 5



DAVID CORTEZ ALVAREZ
DEBTOR IN POSSESSION
CH11 CASE #25-42809 ETX
613 SILVER SPUR DR
SOUTHLAKE TX 76092-2048

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**It's Cybersecurity Awareness Month.**

In today's digital world, scammers are using advanced tools like AI to make impersonation scams harder to detect. Caller ID can be spoofed, emails can be faked, voices can be cloned, and images can be altered.

**Imposters may contact you with messages that:**
- Are unexpected.
- Appear to be from a legitimate source but could be spoofed.
- Claim to be urgent, asking you to act right away, without thinking.
- Use language that manipulates your emotions.
- Request payment through unusually specific methods like gift cards, cryptocurrency or payment apps.

If you have any doubts about a message, call the company or government agency directly to find out if there really is a problem.

And if they're impersonating Wells Fargo, don't engage. Instead, call us right away or you can always check your account in the Wells Fargo Mobile® app* or in online banking.

October 17, 2025 ■ Page 2 of 5



Learn more at www.wellsfargo.com/scams

*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/17 | $0.00 |
| Deposits/Additions | 74,255.64 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 10/17** | **$74,255.64** |

Account number: ████6472 (primary account)

**DAVID CORTEZ ALVAREZ**
**DEBTOR IN POSSESSION**
**CH11 CASE #25-42809 ETX**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $74,000.64 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.02 |
| Interest paid this year | $0.00 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/17 | | Transfer IN Branch - From David C Alvarez DDA xxxxxx5947 901 W Rosedale St Fort Worth TX | 74,000.00 | | |
| 10/17 | | eDeposit IN Branch 10/17/25 11:22:30 Am 901 W Rosedale St Fort Worth TX | 255.64 | | 74,255.64 |
| **Totals** | | | **$74,255.64** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

# ✓ IMPORTANT ACCOUNT INFORMATION

After November 19, 2025, Wells Fargo will no longer offer the option to establish new overdraft protection linkages from a home equity line of credit to deposit accounts. If there is a home equity line of credit account that is currently providing overdraft protection for your checking account, it will be delinked from overdraft protection on February 9, 2026. Unless your checking account is linked to another overdraft protection source, you will lose overdraft protection on or after February 9, 2026. Your home equity line of credit account is not being closed or changed and as long as you have available credit, you can continue to make

**WELLS FARGO**

credit advances in other ways such as access checks (if applicable), online, visiting a branch and by phone. Call us anytime for additional details at 1-800-TO-WELLS (1-800-869-3557) or visit your local branch.

―――――――――――

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

―――――――――――

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

**WELLS FARGO**

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

**WELLS FARGO**

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
**A.** The ending balance
shown on your statement... . . . . . . . . . . . . . . . $_____

### ADD
**B.** Any deposits listed in your       $_____
register or transfers into       $_____
your account which are not       $_____
shown on your statement.     + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

### SUBTRACT
**C.** The total outstanding checks and
withdrawals from the chart above. . . . . . . . . - $_____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . $_____

| Number | Items outstanding | Amount |
|--------|-------------------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total $** | |

**To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.**

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801





# Wells Fargo Prime Checking

Questions? Please contact us:

Available 24 hours a day, 7 days a week
We accept all relay calls, including 711
*Phone:* **1-800-TO-WELLS**  (1-800-869-3557)
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR  97228-6995

PP

DAVID CORTEZ ALVAREZ
DEBTOR IN POSSESSION
CH11 CASE #25-42809 ETX
613 SILVER SPUR DR
SOUTHLAKE TX 76092-2048

RSNIP-05202026-7364133.1.1



## Accounts linked to your Wells Fargo Prime Checking account:

### Bank Deposit Account(s)

| *Account (Account Number)* | *$ Balance* |
|---|---|
| Wells Fargo Prime Checking ( 6472) - **Your primary account** | 85,352.33 |

### Investment Account(s)*

| *Account (Account Number)* | *$ Balance* |
|---|---|
| Brokerage Cash Services ( 323) | 0.00 |

## Your Qualification Balance this month:                     $85,352.33

> \*    **Investment and Insurance Products are:**
> - **Not Insured by the FDIC or Any Federal Government Agency**
> - **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
> - **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

*Accounts linked in Summary will be provided a separate statement.*



---

**Important Account Information**

(A) If your Prime Checking account is closed or converted to another checking product, all linked accounts are delinked from the Prime Checking account and effective immediately, your Prime Checking relationship benefits no longer apply, including associated benefits to your now delinked accounts. You'll no longer receive discounts, options to avoid fees on other products or services, or the Relationship Interest Rate. Your delinked accounts will revert to the Bank's current applicable interest rate or fee at that time. For Certificates of Deposit (CDs), this change will occur at renewal. (B) If you or we delink an account from your Prime Checking account, but other accounts remain linked, the loss of all benefits and the other consequences described above in (A) will immediately apply to the delinked account. Benefits available to your Prime Checking account and any remaining linked accounts will continue.

---

**Important Account Information**

The balances within the "Accounts linked to your Wells Fargo Prime Checking account" section of your statement may not match your statement of record for investment products due to differences in statement periods between this statement and the statement for your investment products. This section shows balance information from (1) consumer bank deposit accounts, bank fiduciary and custody accounts, (2) investment accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company.

**Investment and Insurance Products are:**
**- Not Insured by the FDIC or Any Federal Government Agency**
**- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513140.1.1

**Other Wells Fargo Benefits**

**It's Cybersecurity Awareness Month.**

In today's digital world, scammers are using advanced tools like AI to make impersonation scams harder to detect. Caller ID can be spoofed, emails can be faked, voices can be cloned, and images can be altered.

**Imposters may contact you with messages that:**
- Are unexpected.
- Appear to be from a legitimate source but could be spoofed.
- Claim to be urgent, asking you to act right away, without thinking.
- Use language that manipulates your emotions.
- Request payment through unusually specific methods like gift cards, cryptocurrency or payment apps.

If you have any doubts about a message, call the company or government agency directly to find out if there really is a problem.

And if they're impersonating Wells Fargo, don't engage. Instead, call us right away or you can always check your account in the Wells Fargo Mobile® app* or in online banking.

Learn more at www.wellsfargo.com/scams

*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

October 31, 2025

Page 4 of 6



# Wells Fargo Prime Checking

This is your primary checking account

## Statement period activity summary

| | |
|---|---|
| Balance on 10/18 | 74,255.64 |
| Deposits/Additions | 11,352.40 |
| Withdrawals/Subtractions | - 255.71 |
| **Balance on 10/31** | **$85,352.33** |

Account number:  ████6472  **(primary account)**
**DAVID CORTEZ ALVAREZ**
**DEBTOR IN POSSESSION**
**CH11 CASE #25-42809 ETX**
*Wells Fargo Bank, N.A.   (Member FDIC)*
*TEXAS   account terms and conditions apply*

Questions about your account:  **1-800-869-3557**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.31 |
| Interest earned this statement period | $0.29 |
| Average collected balance | $76,469.21 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.31 |

## Interest withheld

| | |
|---|---|
| Interest withheld this period | $0.07 |
| Interest withheld this yearc | $0.07 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 10/22 | Deposited Item Retn Unpaid - Paper 251022 | | | 255.64 | 74,000.00 |
| 10/28 | Mobile Deposit : Ref Number :510280806421 | | 4,900.21 | | 78,900.21 |
| 10/29 | D&C Asset Holdin Payroll 251029 01820000-0339-0 David Alvarez | | 6,451.88 | | 85,352.09 |
| 10/31 | Interest Payment | | 0.31 | | |
| 10/31 | Federal Tax Withheld | | | 0.07 | 85,352.33 |
| **Totals** | | | **$11,352.40** | **$255.71** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

**Important Account Information**

After November 19, 2025, Wells Fargo will no longer offer the option to establish new overdraft protection linkages from a home equity line of credit to deposit accounts. If there is a home equity line of credit account that is currently providing overdraft protection for your checking account, it will be delinked from overdraft protection on February 9, 2026. Unless your checking account is linked to another overdraft protection source, you will lose overdraft protection on or after February 9, 2026. Your home equity line of credit account is not being closed or changed and as long as you have available credit, you can continue to make credit advances in other ways such as access checks (if applicable), online, visiting a branch and by phone. Call us anytime for additional details at 1-800-TO-WELLS (1-800-869-3557) or visit your local branch.

---

**Important Account Information**

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

**Important Account Information**

**WELLS FARGO**

## => Wells Fargo Prime Checking (continued)

The Wells Fargo Prime Checking account has a $25 monthly service fee which can be avoided each fee period with $20,000 or more in statement-ending qualifying linked (a) consumer bank deposit account balances (checking, savings, time accounts (CDs), FDIC-insured IRAs) and (b) investment account balances (investments available through our brokerage affiliate Wells Fargo Advisors*,**, and applicable bank fiduciary and custody accounts.) Refer to the Wells Fargo Bank Consumer Account Fee and Information Schedule at wellsfargo.com/online-banking/consumer-account-fees/ for further information about the Prime Checking account and applicable bank fees.

*Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.
**Certain investments or investment accounts are not eligible for linking.

**Investment and Insurance Products are:**
**- Not Insured by the FDIC or Any Federal Government Agency**
**- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513649.1.1

---

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**



## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.
©2021 Wells Fargo Bank, N.A., All rights reserved. NMLSR ID 399801



| Primary Account Holder | Address | Account Number |
|---|---|---|
| DAVID ALVAREZ | 3406 Topeka Ave | 2771 |
| Member since Feb 12, 2022 | | Monthly Statement Period |
| | Dallas, TX 75212-2845 | Oct 1, 2025 – Oct 31, 2025 |



## Checking Account – 2771

| Current Balance | Current Interest Rate[1] | Monthly Interest Paid[1] |
|---|---|---|
| **$6,130.32** | **0.50%** | **$3.19** |
| as of Oct 31, 2025 | | |

| Beginning Balance | Annual Percentage Yield Earned[1] | Year-to-date Interest Paid[1] |
|---|---|---|
| **$1,863.45** | **0.50%** | **$98.03** |
| as of Oct 1, 2025 | | |

Current balances include the amount of interest paid.

## Transaction Details

Balances below are the total funds resulting from the transaction(s) posted on that day.

### Checking Account – 2771

| DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|
| Oct 31, 2025 | Interest Earned | Interest earned<br>Transaction ID: 240-1 | $3.19 | $6,130.32 |
| Oct 28, 2025 | Direct Payment | CHIME FINANCIAL CHIME TXFR<br>Transaction ID: 239-260447001 | –$2,500.00 | $6,127.13 |
| Oct 21, 2025 | Direct Payment | CHIME FINANCIAL CHIME TXFR<br>Transaction ID: 236-9283001 | –$1,200.00 | $8,627.13 |
| Oct 21, 2025 | Direct Payment | CHIME FINANCIAL CHIME TXFR<br>Transaction ID: 235-9282001 | –$500.00 | $9,827.13 |
| Oct 15, 2025 | Direct Deposit | D&C ASSET HOLDIN PAYROLL<br>Transaction ID: 231-297130001 | $4,356.84 | $10,327.13 |
| Oct 14, 2025 | Direct Payment | CHIME FINANCIAL CHIME TXFR<br>Transaction ID: 230-246745001 | –$250.00 | $5,970.29 |

## Contact Information



**Website**

www.sofi.com



**Mailing Address**

SoFi Bank, N.A.
2750 East Cottonwood Parkway #300
Cottonwood Heights, Utah 84121



**Contact Us**

(855) 456–SOFI (7634)

[1] Interest accrues daily at the funds rate as described in your SoFi Bank Deposit Account Agreement (the "Customer Agreement") and is paid on the last day of the Statement Period. The Annual Percentage Yield Earned, as shown on your statement, may reflect account adjustments from previous statement periods.

[2] Interest accrues at the same rate on all funds in your SoFi savings accounts, including funds allocated to SoFi Vaults. References to "interest" in connection with any SoFi Vault reflect the portion of the interest earned on your SoFi savings account in the preceding month which is allocated to the applicable SoFi Vault. The amount of interest allocated to each SoFi Vault is equal to the proportion of the balance in each SoFi Vault bears to your total SoFi savings account balance.

SoFi checking and savings accounts are offered through SoFi Bank, N.A., Member FDIC

**Checking Account – 2771**

| Oct 1, 2025 | Direct Deposit | D&C ASSET HOLDIN PAYROLL Transaction ID: 228-264508001 | $4,356.84 | $6,220.29 |
|---|---|---|---|---|

Important Information

**SoFi Insured Deposit Program**

For participants in the SoFi Insured Deposit Program (the "Program"), SoFi Bank may place your cash balances, including amounts below the Standard Maximum Deposit Insurance Amount (the "SMDIA," currently $250,000 for individual accounts and $500,000 for joint accounts), into deposit accounts at multiple FDIC-insured participating banks, as set forth in the Program Terms and Conditions, which can be found at https://www.sofi.com/banking/fdic/sidpterms. The maximum FDIC insurance coverage available through the Program is $3.0 million per depositor per legal category of account ownership (including balances retained at SoFi Bank).

If you have designated Payable on Death ("POD") beneficiaries to your Checking and Savings accounts, your FDIC insurance coverage may be increased. For individual accounts, deposits will be insured up to $250,000 per unique primary beneficiary, up to a maximum of $1,250,000 if five or more beneficiaries are named. For joint accounts, deposits will be insured up to $500,000 per unique primary beneficiary, up to a maximum of $1,250,000 per account owner, subject to FDIC rules. If you have designated only secondary beneficiaries (i.e., no primary beneficiaries), SoFi Bank will treat these secondary beneficiaries as primary beneficiaries for purposes of calculating FDIC insurance coverage and determining the amount of your cash balances placed into the Program.

On Oct 31, 2025, we moved balances over $250000 into the participating banks. Below is the breakdown of how those funds were distributed based on data from the previous business day:

| Participating banks | % of program deposits |
|---|---|
| Renasant Bank | 8.33% |
| Bell Bank | 8.33% |
| Citizens Bank, National Association | 8.33% |
| Peapack-Gladstone Bank | 8.33% |
| HSBC Bank USA, National Association | 8.33% |
| Metropolitan Commercial Bank | 8.33% |
| Sallie Mae Bank | 8.33% |
| Comerica Bank | 8.33% |
| City National Bank | 8.33% |
| Western Alliance Bank | 8.33% |
| Bravera Bank | 8.33% |
| The Huntington National Bank | 8.33% |

**How to Contact Us**

You may call us using the phone number on the front of this statement.

**Deposit Agreement**

When you opened your account, you received the SoFi Bank Deposit Account Agreement (the "Customer Agreement"), which discussed the terms and conditions governing your account, as well as a fee schedule, a rate sheet and, if applicable, a debit card agreement. You agreed that your account would be governed by these documents as amended from time to time, as well as any other documents provided to you at account opening or subsequently. Copies of the Customer Agreement, the Fee Sheet and Rate Sheet are available through the SoFi website www.sofi.com or mobile app.

**Questions About Your Statement or Electronic Transfer Errors**

You are in the best position to discover errors and unauthorized transactions on your account statement. It is your duty to review your account statements promptly and carefully and immediately notify us of any errors. If you (a) have questions about your statement, (b) think your statement or receipt is wrong, (c) need more information about a transaction, or (d) think an electronic transaction (e.g., ATM transaction, direct deposit, withdrawal, or point of sale transaction) is incorrect or unauthorized,  please telephone us at 1-855-456-7634 immediately or write us at SoFi Bank, N.A., 2750 East Cottonwood Parkway #300, Cottonwood Heights, Utah 84121 as soon as possible.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.  We are not liable to you for any damages resulting from an error you fail to timely report and you agree to not make a claim against us for such damages.

If you write us, please include the following information: (1) Your full name and account number (if any); (2) describe the error, transfer or suspected unauthorized transaction you are unsure  about and explain as clearly as you can, why you believe there is an error or why you need more information; and  (3) the dollar amount of any suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Reporting Other Problems**

You are in the best position to discover errors and unauthorized transactions on your account statement. It is your duty to review your account statements promptly and carefully and immediately notify us of any errors or concerns.

**Interest/Dividends**

We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

2021 SoFi Technologies, Inc.

**SoFi Bank, N.A. Member of FDIC and Equal Housing Lender**



Member Services
(844) 244-6363

David Alvarez
3406 Topeka Ave
Dallas, TX 75212

# Credit Builder Card Account Billing Statement

**Account number**          **Routing number (for payments)**
7████████6869              ███████

**Statement period**
October 2025 (September 29th, 2025 - October 28th, 2025)

Issued by The Bancorp Bank, N.A., Member FDIC

## Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | $0.00 |
| New spending | $106.75 |
| Fees | $0.00 |
| New balance | $106.75 |

## Your Payment

| | |
|---|---|
| Payment Due Date | 11/23/2025 |
| Total Due | $106.75 |

Automatic payments are enabled.

Your October balance is scheduled to be paid on 11/01/2025 using the money in your secured account. Your available amount will not change.

## Payments

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| TOTAL FOR THIS PERIOD: | $0.00 | | | |

## Transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| 10/28/2025 | Ascension Coffee<br>TST* ASCENSION COFFEE - FORT WORTH TXUS | Purchase | $10.44 | 10/28/2025 |
| 10/24/2025 | Hebisd.Edu<br>HEBISD.EDU HEBISD.EDU TXUS | Purchase | $9.40 | 10/25/2025 |
| 10/24/2025 | Menustar Food Online<br>MENUSTAR FOOD ONLINE 866-568-9733 CAUS | Purchase | $86.91 | 10/26/2025 |
| TOTAL FOR THIS PERIOD: | $106.75 | | | |

## Fees

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| TOTAL FOR THIS PERIOD: | $0.00 | | | |

## Disputed transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| TOTAL FOR THIS PERIOD: | $0.00 | | | |

2025 Fees Totals Year to Date

| | |
|---|---|
| Total fees in 2025 | $0.00 |

## Cash Deposits:

All Cash Deposits on Credit Builder Card first go through the Credit Account and then land in the Secured Account.

## Payments:

To ensure a timely payment, we must receive your payment by 5 p.m. Eastern Time on a Business Day in order to be credited to your Card Account on that day. For purposes of your payment obligations, the following describes when your payments must be made in order to be credited to your Card Account on a timely basis.

a. **Chime Checking Account or Secured Account Payments.** A Chime Payment received by us by 5:00 p.m. Eastern Time will be credited to your Card Account at the time that we receive it. A "Chime Payment" is a payment that is authorized using your Chime Checking Account or Secured Account that is delivered on or before your Payment Due Date.

b. **Other Payment Options.** All "Other Payments" received by us by 5 p.m. Eastern Time on a Business Day will be credited to your Card Account the day of receipt. "Other Payments" is a payment that is made through a third-party financial institution via Automated Clearing House (ACH) and includes your accurate Card Account number in the payment instructions.

c. **Non-Conforming Payments.** Any payment method that does not meet the requirements of the "Other Payments" is "non-conforming". Non-conforming payments will be credited to your Card Account within 5 days so long as we can identify your Card Account.

d. **Application of Payments.** We decide how to apply payments and credits to the balances and charges on your account, subject to requirements by applicable law. We have sole discretion in determining the order and manner in which payments and credits are applied to your account.

e. **Irregular Payments.** We can accept late payments, partial payments, or payments marked "payment in full" without losing our rights under the Cardholder Agreement, including the right to require full payment of all amounts owed under the Cardholder Agreement."

## Foreign Currency Charges:

If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. The exchange rate between the transaction currency and the billing currency used for processing international transactions is a rate selected by Visa from the range of rates available in wholesale currency markets for the applicable central processing date, which may vary from the rate Visa itself receives, or the government-mandated rate in effect for the applicable central processing date. Charges converted by establishments will be billed at the rates such establishments use.

## Credit Reporting:

We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected on your credit report.

## What To Do If You Think You Find A Mistake On Your Statement:

If you think there is an error on your billing statement, you may initiate a dispute in the App via self-service, call us at 1-844-244-6363, or write to us at:

Chime

PO Box 417

San Francisco, CA 94108

In your communication, give us the following information:

- Account information: Your name and Card Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your billing statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

## You must notify us of any potential errors in writing or electronically.

You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error:

1. We cannot try to collect the amount in question, or report you as delinquent on that amount.
2. The charge in question may remain on your Statement. But, if we determine that we made a mistake, you will not have to pay the amount in question or any fees related to that amount.

3. While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4. We can apply any unpaid amount against your credit limit.

## Your Rights If You Are Dissatisfied With Your Card Purchases:

If you are dissatisfied with the goods or services that you have purchased with your Card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the Purchase.

To use this right, all of the following must be true:

1. The Purchase must have been made in your home state or within 100 miles of your current mailing address, and the Purchase price must have been more than $50. (Note: Neither of these are necessary if your Purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your Card for the Purchase. Purchases made with cash advances from an ATM that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the Purchase.

If all of the criteria above are met and you are still dissatisfied with the Purchase, you may initiate a dispute in the App via self-service, call us at 1-844-244-6363, or write to us at:

Chime

PO Box 417

San Francisco, CA 94108

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

# Credit Builder Secured Account Billing Statement

**Account number**
▮▮▮▮▮▮6953

**Statement period**
October 2025 (September 29, 2025 - October 28, 2025)

Issued by The Bancorp Bank, N.A., Member FDIC

## Summary

| | |
|---|---|
| Beginning balance on September 29, 2025 | $0.00 |
| Deposits | $0.00 |
| Transfers | $985.00 |
| Round Up Transfers | $0.00 |
| Ending balance on October 28, 2025 | $985.00 |

## Transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| 10/23/2025 | Transfer from Checking Account | Transfer | $50.00 | 10/23/2025 |
| 10/23/2025 | Transfer from Checking Account | Transfer | $935.00 | 10/23/2025 |
| **TOTAL FOR THIS PERIOD:** | **$985.00** | | | |

## Error Resolution Procedures

In case of errors or questions about your electronic transactions, call  1-844-244-6363, write to Chime Member Services, P.O. Box 417, San Francisco, CA 94104-0417, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.


(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.


We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

 

# $323.43

**Sunday, October 26th**

**Thursday, October 23rd**

 **Transfer to Credit Builder**    **-$935.00**
6:59 PM • Transfer

🟥 **Circle K**    **-$28.01**
4:54 PM • Gas stations

 **Transfer to Credit Builder**    **-$50.00**
4:52 PM • Transfer

**Saturday, October 18th**

💰 **Transfer from SoFi**    **+$500.00**
10:01 AM • Transfer

💰 **Transfer from SoFi**    **+$1,200.00**
9:26 AM • Transfer

**Monday, October 13th**

💰 **Transfer from SoFi**    **+$250.00**
12:59 PM • Transfer



Chime

 

## $323.43

**Friday, November 7th**


**Refund: Transfer to (214) 742-0113**    **+$65.00**
1:49 AM • Pay Anyone Transfer
For: Andrea

**Thursday, November 6th**


**Cinemark**    **-$12.43**
8:52 PM • Movies and video


**Transfer to (214) 742-0113**    **-$65.00**
9:59 AM • Pay Anyone Transfer
For: Andrea

**Monday, October 27th**


**Transfer from SoFi**    **+$2,500.00**
6:11 PM • Transfer

**Sunday, October 26th**


**American Airlines Cente**    **-$87.68**
9:10 PM • Apparel


**Levy2 Aac Concessions**    **-$21.24**
7:21 PM • Restaurants

 CHIME