**Monthly Operating Report Exhibits**

**December 1, 2025 – December 31, 2025**

Exhibit A

1.4 Employees are of Precise Elite and D&C Asset Holdings.

1.8 SubV cases do not pay quarterly fee payments to the U.S. Trustee.

Exhibit B

1.10 Debtor closed his Chime account on November 21, 2025, which is why there are not any Chime records attached to December Monthly Operating Report.

Exhibit D

There's a $16.70 difference between the ending balance on November MOR and the 12/1 beginning balance on his bank statement.  $16.70 has been added to the cash disbursements.  The cash on hand at the end of the month matches the ending balance on 12/31/25 in WF bank statement.

Exhibit E

The outstanding $769 is owed to the CPA which is pending the Court's approval on the Application for Compensation and Reimbursement of Expenses filed on December 1, 2025 at Docket Number 42.

Part 6 – Professional Fees

Check Number 500, on December 29, 2025, for $3,000 paid to the Sub V Trustee constituting the post-petition security deposits.  The $3,000 includes months October, November, and December.