

# Wells Fargo Prime Checking

December 31, 2025
Page 1 of 7

Questions? Please contact us:

Available 24 hours a day, 7 days a week
We accept all relay calls, including 711
*Phone:* 1-800-TO-WELLS (1-800-869-3557)
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

DAVID CORTEZ ALVAREZ
DEBTOR IN POSSESSION
CH11 CASE #25-42809 ETX
613 SILVER SPUR DR
SOUTHLAKE TX 76092-2048



December 31, 2025
Page 2 of 7

## Accounts linked to your Wells Fargo Prime Checking account:

### Bank Deposit Account(s)

| Account (Account Number) | $ Balance |
|---|---|
| Wells Fargo Prime Checking (          6472) - **Your primary account** | 130,032.42 |

### Investment Account(s)*

| Account (Account Number) | $ Balance |
|---|---|
| Brokerage Cash Services (        4323) | 0.00 |

**Your Qualification Balance this month:**  $130,032.42

> \*  **Investment and Insurance Products are:**
> - **Not Insured by the FDIC or Any Federal Government Agency**
> - **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
> - **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

Accounts linked in Summary will be provided a separate statement.



Important Account Information

(A) If your Prime Checking account is closed or converted to another checking product, all linked accounts are delinked from the Prime Checking account and effective immediately, your Prime Checking relationship benefits no longer apply, including associated benefits to your now delinked accounts. You'll no longer receive discounts, options to avoid fees on other products or services, or the Relationship Interest Rate. Your delinked accounts will revert to the Bank's current applicable interest rate or fee at that time. For Certificates of Deposit (CDs), this change will occur at renewal. (B) If you or we delink an account from your Prime Checking account, but other accounts remain linked, the loss of all benefits and the other consequences described above in (A) will immediately apply to the delinked account. Benefits available to your Prime Checking account and any remaining linked accounts will continue.

Important Account Information

The balances within the "Accounts linked to your Wells Fargo Prime Checking account" section of your statement may not match your statement of record for investment products due to differences in statement periods between this statement and the statement for your investment products. This section shows balance information from (1) consumer bank deposit accounts, bank fiduciary and custody accounts, (2) investment accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513140.1.1

Other Wells Fargo Benefits

3 Things to watch out for when shopping online for the holidays

1. Fake fraud alerts. If you receive an unexpected call or message about a fraudulent purchase, don't engage. Contact the merchant, your bank, or card provider directly to verify.
2. Bogus shipping notifications. Be wary of texts or emails reporting an issue with your package delivery. Don't click links or open attachments without verifying first.
Tip: If you receive an unexpected package, don't scan the QR code as it could point to a fake website.
3. AI-created scam websites. Avoid advertised links from search results. Double check the URL for misspellings or extra characters before clicking "Buy".
Tip: Use a credit card to make online purchases if you can - it has additional protection.

Donate safely and avoid charity scams

Before donating, research new charities using a resource like Better Business Bureau® or give.org.

December 21, 2025
Page 4 of 7



# Wells Fargo Prime Checking

This is your primary checking account

## Statement period activity summary

| | |
|---|---|
| Balance on 12/1 | 125,607.83 |
| Deposits/Additions | 18,327.08 |
| Withdrawals/Subtractions | - 13,902.49 |
| Balance on 12/31 | $130,032.42 |

Account number: ▊▊▊▊▊▊ 6472  (primary account)
DAVID CORTEZ ALVAREZ
DEBTOR IN POSSESSION
CH11 CASE #25-42809 ETX

**Wells Fargo Bank, N.A.   (Member FDIC)**
**TEXAS   account terms and conditions apply**

Questions about your account:   1-800-869-3557

## Interest summary

| | |
|---|---|
| Interest paid this statement | $1.05 |
| Interest earned this statement period | $1.05 |
| Average collected balance | $123,209.49 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $2.10 |

## Interest withheld

| | |
|---|---|
| Interest withheld this period | $0.25 |
| Interest withheld this yearc | $0.49 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 12/1 | Purchase Authorized On 11/27 Tom Thumb #3625 Grapevine TX S585331566263812 Card 6608 | | | 29.74 | |
| 12/1 | Purchase Authorized On 11/29 Freeforlifegroup.C Freeforlifegr TX S355333580127031 Card 6608 | | | 32.00 | 125,546.09 |
| 12/2 | Wire Trans Svc Charge - Sequence: 251202042496 Srf# Ow00006366465072 Trn#251202042496 Rfb# Ow00006366465072 | | | 25.00 | |
| 12/2 | Purchase Authorized On 12/01 Atmos Energy 888-286-6700 TX S305335651139739 Card 6608 | | | 201.14 | |
| 12/2 | Purchase Authorized On 12/01 Jostens Inc. 800-854-7464 MN S385335845929931 Card 6608 | | | 253.96 | |
| 12/2 | Purchase Authorized On 12/01 Tarrant County Csc 817-8841704 TX S305336086172103 Card 6608 | | | 58.00 | |
| 12/2 | Purchase Authorized On 12/01 Tarrant County Csc 877-8852097 IL S385336086183811 Card 6608 | | | 2.00 | |
| 12/2 | Purchase Authorized On 12/01 Spotify 877-778-1161 NY S305336100830588 Card 6608 | | | 21.64 | |
| 12/2 | WT Fed#02R00 Jpmorgan Chase Ban /Ftr/Bnf=Roberta Alvarez Srf# Ow00006366465072 Trn#251202042496 Rfb# Ow00006366465072 | | | 9,000.00 | |
| 12/2 | Tri-County Elect Web Pmts 120225 Nsdpgr David Alvarez | | | 150.00 | 115,834.35 |
| 12/5 | Recurring Payment Authorized On 12/04 Netflix.Com Netflix.Com CA S385338691131752 Card 6608 | | | 27.05 | 115,807.30 |
| 12/8 | Purchase Authorized On 12/06 McDonald's F14416 Southlake TX S465340512996723 Card 6608 | | | 7.35 | |
| 12/8 | Purchase Authorized On 12/06 Sq *Crowley Isd At Crowley TX S345340773965218 Card 6608 | | | 7.75 | |
| 12/8 | Purchase Authorized On 12/06 Raising Canes 0181 Fort Worth TX S385341009325160 Card 6608 | | | 28.56 | |
| 12/8 | Purchase Authorized On 12/07 Carroll Ath Booste Dragonsportsn TX S355341734288443 Card 6608 | | | 36.00 | 115,727.64 |
| 12/10 | D&C Asset Holdin Payroll 251210 01820000-0339-0 David Alvarez | | 6,451.89 | | 122,179.53 |
| 12/11 | Purchase Authorized On 12/09 B2 *Supervalue Che 866-747-2196 TX S465343750511715 Card 6608 | | | 12.88 | 122,166.65 |
| 12/12 | Purchase Authorized On 12/11 Sp Skims 188-87575467 CA S585345803961555 Card 6608 | | | 266.30 | |
| 12/12 | Purchase Authorized On 12/11 Urban Outfitters 0 180-02822200 TX S465345830218743 Card 6608 | | | 456.27 | 121,444.08 |
| 12/15 | Purchase Authorized On 12/12 Mansfield Isd Tick WWW.Mansfield TX S305346536794734 Card 6608 | | | 28.37 | |



=>  **Wells Fargo Prime Checking** (continued)

| Date | Description | Check No. | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 12/15 | Purchase Authorized On 12/13 Pp*Mansfield Isd 817-2996300 TX S355347732539000 Card 6608 | | | 5.97 | 121,409.74 |
| 12/17 | Purchase Authorized On 12/16 Bath & Body Works Irving TX S385351084417639 Card 6608 | | | 81.13 | |
| 12/17 | Purchase Authorized On 12/16 Tjmaxx #0006 Irving TX S355351172266741 Card 6608 | | | 41.11 | 121,287.50 |
| 12/19 | Purchase Authorized On 12/16 Ross Stores #442 Irving TX S355351066165224 Card 6608 | | | 81.64 | 121,205.86 |
| 12/23 | D&C Asset Holdin Payroll 251223 01820000-0339-0 David Alvarez | | 11,874.14 | | 133,080.00 |
| 12/29 | Check | 500 | | 3,000.00 | 130,080.00 |
| 12/31 | Recurring Payment Authorized On 12/30 Spotify 877-778-1161 NY S305364724204274 Card 6608 | | | 21.64 | |
| 12/31 | Purchase Authorized On 12/30 Sp Dallasmavs.Shop Mavsshop.Com TX S305364830670347 Card 6608 | | | 26.74 | |
| 12/31 | Interest Payment | | 1.05 | | |
| 12/31 | Federal Tax Withheld | | | 0.25 | 130,032.42 |
| Totals | | | $18,327.08 | $13,902.49 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**  *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount |
|---|---|---|
| 500 | 12/29 | 3,000.00 |

**Important Account Information**

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Important Account Information**

The Wells Fargo Prime Checking account has a $25 monthly service fee which can be avoided each fee period with $20,000 or more in statement-ending qualifying linked (a) consumer bank deposit account balances (checking, savings, time accounts (CDs), FDIC-insured IRAs) and (b) investment account balances (investments available through our brokerage affiliate Wells Fargo Advisors*,**, and applicable bank fiduciary and custody accounts.) Refer to the Wells Fargo Bank Consumer Account Fee and Information Schedule at wellsfargo.com/online-banking/consumer-account-fees/ for further information about the Prime Checking account and applicable bank fees.

*Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.
**Certain investments or investment accounts are not eligible for linking.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency



=>  Wells Fargo Prime Checking (continued)

- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513649.1.1

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.
©2021 Wells Fargo Bank, N.A., All rights reserved. NMLSR ID 399801

