IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: David Alvarez | § | |
| DEBTOR | § | CASE NO. 25-42809 |
| | § | Chief Judge Brenda T. Rhoades |
| | § | CHAPTER 11 |

### KELLEY'S NOTICE OF APPEAL AND STATEMENT OF ELECTION

**COMES NOW** Movant and Appellant, Lloyd Kelley, pursuant to Federal Rule of Bankruptcy Procedure 8003(a), files this notice of appeal to the United States District Court for the Western District of Texas.

1. Mr. Kelley appeals the Order entered on January 15, 2026 denying in part Kelley's Motion to Lift Stay to Permit Arbitration. Attached to this Notice is a copy of the Order (Exhibit A).

2. Pursuant to 9 U.S.C. § 16(b-c), Mr. Kelley has a statutory right to immediately appeal the Order denying a petition to order arbitration to proceed and/or denying an application under to compel arbitration. See also Matter of Nat'l Gypsum Co., 118 F.3d 1056, 1061 (5th Cir. 1997). However, Mr. Kelley hereby request permission to appeal if the Court determines that leave is required.

3. Kelley is pro se.

4. Debtor David Alvarez is represented as follows:
   Lyndel Anne Vargas
   State Bar No. 24058913
   Suite 570, Founders Square

900 Jackson St.
Dallas, Tx. 75202
Phone: 214-573-7344

5. Because a Bankruptcy Appellate Panel is not available in this judicial district, this Appeal should be heard by the United States District Court for the Eastern District of Texas.

6. This Notice is accompanied by the prescribed fee for appeal.

Dated: January 27, 2026      Respectfully submitted,

/s/ *Lloyd E. Kelley*
LLOYD E. KELLEY
State Bar No. 11203180
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Telephone: 281-492-7766
Facsimile: 281-652-5973
Kelley@lloydekelley.com
Pro Se

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 27, 2026 by lengthy phone call, I conferred with Lyndel Vargas, counsel for Debtor, regarding the outstanding issues as ordered by the Court including the filing of this appeal and a motion to stay the proceedings pending the appeal. Ms. Vargas indicated that the Debtor is opposed to the stay pending appeal.

/s/ *Lloyd E. Kelley*
LLOYD E. KELLEY

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2026, a true and correct copy of the above and foregoing document was served via email on the following counsel of record:

LVargas@chfirm.com
Lyndel Anne Vargas
Cavazos Hendricks Poirot, PC
900 Jackson St., Suite 570
Dallas Texas 75202