# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **IN RE: David Alvarez** § | | |
| **DEBTOR** § | | CASE NO. 25-42809 |
| § | | |
| § | | CHAPTER 11 |

## ORDER GRANTING IN PART AND DENYING IN PART MOVANT KELLEY'S MOTION TO LIFT STAY

**CAME ON TO BE HEARD** on December 6, 2025, Movant Kelley's ("Kelley" or "Movant") Motion to Lift Stay (the "Motion"). The Court, having heard the Motion and the Response of the Debtor and considered the evidence admitted during the hearing and argument of counsel, is of the opinion that the Motion should be granted in part and denied in part as follows:

**IT IS THEREFORE ORDERED** that the Motion is granted as set forth in this Order;

**IT IS FURTHER ORDER** that the stay is lifted in cause number 2022-09193 pending in the 190th District Court so as to authorize the parties to sever the Debtor from that litigation and the case involving the Debtor shall be assigned a new case number.

**IT IS FURTHER ORDERED** that, if the State Court so rules, the stay is lifted to authorize the State Court to enter a final judgement in the new case involving the Debtor

**IT IS FURTHER ORDERED** that Debtor will file take all steps necessary to

affect a final judgment dismissing all Debtor's claims against Movant with prejudice.

**IT IS FURTHER ORDERED** that in all other respects, the automatic stay remains in effect as any and all claims of Kelley against David Alvarez.

**IT IS FURTHER ORDERED** that upon severance of the Debtor, the stay is terminated in cause number 2022-09193 pending in the 190th District Court as to all parties including specifically, Timothy Trickey and D&A Alvarez Group, LLC.

**IT IS FURTHER ORDERED** that Movant's request to lift the stay to permit Movant to conclude the arbitration against Debtor to liquidate Movant's contract and tort claims against Debtor is DENIED.

Signed on 01/15/2026

*Brenda T. Rhoades* SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE