**From:** Timothy Trickey
**To:** Lyndel Vargas
**Cc:** LLOYD Kelley; lloyd@lloydekelley.com; Timothy Trickey
**Subject:** Re: Claim of Kelley Law Firm
**Date:** Tuesday, January 27, 2026 3:06:51 PM

Ms. Vargas,

as sent, your attachment is a fragment of something.

I cannot read the "entire" document.

Please try again

*Timothy M Trickey*
The Trickey Law Firm
5909 Bullard Drive
Austin, Texas 78757
Telephone: 512.206.0569
Facsimile: 737.241.0900
E: trickeylaw@gmail.com
W: www.trickeylaw.com

On Tue, Jan 27, 2026 at 2:31 PM Lyndel Vargas <lvargas@chfirm.com> wrote:
> Mr Trickey. Mr Kelley just sent me this conflict waiver agreement he had as an exhibit in the arbitration proceedings. Did you determine whether it was an effective waiver?



Sent from my iPhone