# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: David Alvarez | § | |
| DEBTOR | § | CASE NO. 25-42809 |
| | § | Chief Judge Brenda T. Rhoades |
| | § | CHAPTER 11 |

## ORDER GRANTING STAY PENDING APPEAL

It is ORDERED that Lloyd Kelley's Motion for Stay Pending Appeal is granted, and it is further ORDERED that this adversary proceeding is stayed pending conclusion of the appellate process of the appeal of this Court's Order Denying in Part Motion to Lift Stay  and until further order of this court.

###