Théda W. Page
THE PAGE LAW FIRM
1125 Legacy Drive, Suite 320
Frisco, TX 75034
214.618.2101
214.618.3101 (Fax)
Attorney for Roberta Alvarez

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| In re: | § | Case Number: |
|---|---|---|
|  | § |  |
| **DAVID CORTEZ ALVAREZ** | § | **25-42809** |
| Debtor | § | **Chapter 11** |

**ROBERTA ALVAREZ'S OBJECTION TO CONFIRMATION OF DEBTOR'S
CHAPTER 11 PLAN**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES **ROBERTA ALVAREZ** ("Mrs. Alvarez"), a creditor and party in interest in the above-styled and captioned case, and files this Objection to Confirmation of Debtor's Chapter 11 Plan and in support hereof would respectfully show this Court as follows:

1. On or about September 24, 2025 **DAVID CORTEZ ALVAREZ** ("Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. Frances A. Smith is the SBRA V Trustee in this case.

2. Mrs. Alvarez and Debtor are parties in a divorce proceeding, which was pending under Cause Number 25-1625-393 in the 393rd Judicial District Court in Denton County Texas prior to the filing of the Debtor's case and is still a pending matter.

3. On or about November 10, 2025 Mrs. Alvarez filed a Motion for Relief from the Automatic Stay in order to allow the parties to return to the 393rd Judicial District Court to finalize their divorce proceedings. There has been no determination with respect to the parties' martial estate and what separate property, if any, that each party presently owns.

4. This Court held a hearing on December 16, 2025 on Mrs. Alvarez's Motion for Relief from the Automatic Stay and on January 15, 2026 entered an Order Terminating in Part and Conditioning in Part the Automatic Stay to Proceed with Finalizing Divorce Proceedings. The Debtor and Mrs. Alvarez are still in the process of discovery and a mediation has been scheduled for March 5, 2026. In the event that the parties are able to resolve all disputes with respect to the nature of their property and the division of same, the Debtor will be able to determine assets that are available to execute his Plan of Reorganization.

5. Discovery in the parties' divorce proceedings will identify the assets and liabilities of the parties. The Debtor's plan lists assets that have not been valued, specifically the marital residence, and bank accounts that do not exist or that have been misidentified.

6. Because the parties' divorce proceedings have not been finalized, a determination has not been made as to whether Mrs. Alvarez is entitled to spousal maintenance under the provisions of the Texas Family Code. Without knowing what those obligations will be, the Debtor cannot determine what his future expenditures in that regard will be.

7. Mrs. Alvarez objects to the Debtor's Plan because it attempts to circumvent the divorce proceedings by determining unilaterally which assets are community property and which assets are separate property, that the marital estate should be divided based on his calculations, rather than a just and right division of the marital estate, that spousal support

will end in May of 2026, and utilizing community assets to fund his legal representation without Mrs. Alvarez's having access to same.

**WHEREFORE, PREMISES CONSIDERED**, Mrs. Alvarez respectfully prays that on final hearing hereof, this Court enter an order sustaining Mrs. Alvarez's objections to confirmation of the Plan and denying confirmation thereof unless the Plan is modified to address and fully cure the foregoing objections and such other and further relief to which Mrs. Alvarez may be entitled to in law or equity.  Further, Mrs. Alvarez the right to amend and supplement this Objection to the extent necessary as this matter proceeds.

Respectfully Submitted,
THE PAGE LAW FIRM

/s/ Théda W. Page
_____
Théda W. Page
1125 Legacy Drive
Suite 320
Frisco, TX  75034
214.618.2101
214.618.3101(fax)
SBOT 15410725
theda@pagelawfirm.com

CERTIFICATE OF SERVICE

This is to certify that on the 29th day of January, 2026 a true and correct copy of the above Objection was delivered via electronic notification and/or mailed by first class mail to the parties listed below:

/s/ Théda W. Page

| | | |
|---|---|---|
| David Alvarez<br>3406 Topeka Ave<br>Dallas, TX 75212-2845 | Julie Anne Parsons<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680 | Lyndel Anne Vargas<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson St., Suite 570<br>Dallas, TX 75202 |
| Frances A. Smith<br>Offit Kurman<br>700 N. Pearl Street<br>Ste 1610<br>Dallas, TX 75201 | John Kendrick Turner<br>Linebarger Goggan Blair & Sampson<br>3500 Maple Avenue<br>Suite 800<br>Dallas, TX 75219 | Elizabeth Ziegler Young<br>DOJ-UST<br>1100 Commerce Street<br>Suite 976<br>Dallas, TX 52424 |
| Lloyd E Kelley<br>The Kelley Law Firm<br>2726 Bissonnet Ste 240<br>Pmb12<br>Houston, TX 77005 | | |