IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: David Alvarez | § | |
| DEBTOR | § | CASE NO. 25-42809 |
| | § | Chief Judge Brenda T. Rhoades |

ORDER GRANTING MOTION TO ALLOW DISCOVERY OR IN THE ALTERNATIVE MOTION TO RECONSIDER DECISION DENYING ARBITRATION

**CAME ON TO BE HEARD,** Lloyd Kelley ("Kelley" or "Movant")'s Motion to Allow Discovery or in the alternative Motion to Reconsider Denying Kelley's Arbitration Demand ("Motion"). The Court, having considered Movant's Motion and Debtor's Response, if any, is of the opinion that the Motion should be Granted as follows:

Debtor will provide the name of all accountants for D&A Alvarez Group, LLC since December 2019 and identify the accountant and firm that was involved in its termination or that prepared any documents in regards to that termination.

Debtor will produce to all parties in this proceeding all accounting and financial records of D&A Alvarez Group, LLC and D&C including all tax returns and all ledgers since December 2019.

Debtor will identify all asset transfers from D&A Alvarez Group, LLC to any other person or entity since December 2019.

Debtor will provide all "final accounting' records and all documents related to the termination of D&A Alvarez Group, LLC.

Debtor has 10-days to produce these documents to Movant and all other parties to this proceeding.

Debtor will present for an examination after the documents are produced.