# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: David Alvarez | § | |
| DEBTOR | § | CASE NO. 25-42809 |
| | § | Chief Judge Brenda T. Rhoades |
| | § | CHAPTER 11 |

### ORDER SUSTAINING OBJECTION TO DEBTOR'S SUBCHAPTER V CHAPTER 11 BANKRUTPCY

Lloyd Kelley's Objection to Debtor's Subchapter V Chapter 11 Bankruptcy filing is hereby **SUSTAINED**. Debtor's bankruptcy filing is converted to a Chapter 11 bankruptcy filing and Debtor will comply with those requirements.

###