# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| In Re: §<br>§<br>§<br>**DAVID CORTEZ ALVAREZ**, §<br>SSN / ITIN: xxx-xx-2339 §<br>613 Silver Spur Drive §<br>Southlake, TX 76092 §<br>§<br>§<br>Debtor. §<br>§ | Case No. 25-42809<br><br>Chapter 11, Sub V |

## PROPOSED ORDER DENYING AMENDED MOTION FOR STAY PENDING APPEAL AND INCORPORATED MEMORANDUM FILED BY LLOYD KELLEY

On January 30, 2026, the Amended Motion to Stay Pending Appeal and Incorporated Memorandum of Law or in the Alternative Motion to Clarify or Modify the Court's Order D.E. 71 (the "Motion") was filed by Lloyd Kelley (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. Debtor's Opposition to the Motion was timely filed within the response timeframe. After notice and hearing, the Court finds that good cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the Amended Motion to Stay Pending Appeal and Incorporated Memorandum of Law or in the Alternative Motion to Clarify or Modify the Court's Order D.E. 71 filed by Lloyd Kelley on January 30, 2026 is hereby **DENIED** so there is no stay pending appeal of this Court's Order entered on January 15, 2026.