

January 31, 2026
Page 1 of 7

# Wells Fargo Prime Checking

Questions? Please contact us:

Available 24 hours a day, 7 days a week
We accept all relay calls, including 711
*Phone:* 1-800-TO-WELLS  (1-800-869-3557)
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR  97228-6995

DAVID CORTEZ ALVAREZ
DEBTOR IN POSSESSION
CH11 CASE #25-42809 ETX
613 SILVER SPUR DR
SOUTHLAKE TX 76092-2048



## Accounts linked to your Wells Fargo Prime Checking account:

### Bank Deposit Account(s)

| Account (Account Number) | $ Balance |
|---|---|
| Wells Fargo Prime Checking (6472) - **Your primary account** | 108,233.71 |

### Investment Account(s)*

| Account (Account Number) | $ Balance |
|---|---|
| Brokerage Cash Services (4323) | 0.00 |

**Your Qualification Balance this month:** $108,233.71

> \* **Investment and Insurance Products are:**
> - **Not Insured by the FDIC or Any Federal Government Agency**
> - **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
> - **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

Accounts linked in Summary will be provided a separate statement.



Important Account Information

(A) If your Prime Checking account is closed or converted to another checking product, all linked accounts are delinked from the Prime Checking account and effective immediately, your Prime Checking relationship benefits no longer apply, including associated benefits to your now delinked accounts. You'll no longer receive discounts, options to avoid fees on other products or services, or the Relationship Interest Rate. Your delinked accounts will revert to the Bank's current applicable interest rate or fee at that time. For Certificates of Deposit (CDs), this change will occur at renewal. (B) If you or we delink an account from your Prime Checking account, but other accounts remain linked, the loss of all benefits and the other consequences described above in (A) will immediately apply to the delinked account. Benefits available to your Prime Checking account and any remaining linked accounts will continue.

Important Account Information

The balances within the "Accounts linked to your Wells Fargo Prime Checking account" section of your statement may not match your statement of record for investment products due to differences in statement periods between this statement and the statement for your investment products. This section shows balance information from (1) consumer bank deposit accounts, bank fiduciary and custody accounts, (2) investment accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513140.1.1

Other Wells Fargo Benefits

Two trending crypto scams to watch out for:

1. Crypto investments: Scammers befriend you on social media or through "wrong number" texts. They guide you to download a fake crypto app and then steal your "investment".
2. Crypto ATM deposits: Someone posing as a government official warns you about the security of your account and advises you to deposit cash into a Crypto ATM to "keep your money safe". Instead, you are actually depositing money in their account.

Red flags: Unexpected contact, promises of big investment returns, or threats about your account security.

Remember, no reputable organization will ask you to make cash deposits into a Crypto ATM. You may not get your money back.



January 31, 2026 ◆ Page 4 of 7

# Wells Fargo Prime Checking

This is your primary checking account

## Statement period activity summary

| | |
|---|---|
| Balance on 1/1 | 130,032.42 |
| Deposits/Additions | 16,181.04 |
| Withdrawals/Subtractions | - 37,979.75 |
| Balance on 1/31 | $108,233.71 |

Account number: ▮▮▮▮6472 (primary account)
DAVID CORTEZ ALVAREZ
DEBTOR IN POSSESSION
CH11 CASE #25-42809 ETX

**Wells Fargo Bank, N.A.  (Member FDIC)**
*TEXAS account terms and conditions apply*

Questions about your account:   1-800-869-3557

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.99 |
| Interest earned this statement period | $0.99 |
| Average collected balance | $117,113.28 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.99 |
| Total interest paid in 2025 | $2.10 |

## Interest withheld

| | |
|---|---|
| Interest withheld this period | $0.23 |
| Interest withheld this yearc | $0.23 |
| Total interest withheld in 2025 | $0.49 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 1/5 | Wire Trans Svc Charge - Sequence: 260105098251 Srf# Ow00006485597807 Trn#260105098251 Rfb# Ow00006485597807 | | | 25.00 | |
| 1/5 | Purchase Authorized On 01/02 Clariden Ranch Hoa Portal.Terram TX S356002649800973 Card 6608 | | | 1,166.51 | |
| 1/5 | Recurring Payment Authorized On 01/04 Netflix.Com 866-5797172 CA S306004375152040 Card 6608 | | | 27.05 | |
| 1/5 | WT Fed#01R00 Jpmorgan Chase Ban /Ftr/Bnf=Roberta Alvarez Srf# Ow00006485597807 Trn#260105098251 Rfb# Ow00006485597807 | | | 9,000.00 | 119,813.86 |
| 1/6 | Purchase Authorized On 01/05 Atmos Energy 888-286-6700 TX S306005562729875 Card 6608 | | | 433.18 | 119,380.68 |
| 1/7 | Purchase Authorized On 01/05 City of Southlake 817-7488051 TX S346005648680463 Card 6608 | | | 148.47 | |
| 1/7 | Purchase Authorized On 01/06 Tarrant County Csc 817-8841704 TX S386006720120897 Card 6608 | | | 60.00 | |
| 1/7 | Purchase Authorized On 01/06 Tarrant County Csc 877-8852097 IL S346006720135783 Card 6608 | | | 2.00 | 119,170.21 |
| 1/14 | D&C Asset Holdin Payroll 260114 01820000-0339-0 David Alvarez | | 6,488.78 | | 125,658.99 |
| 1/15 | Mobile Deposit : Ref Number :512150507675 | | 3,202.50 | | |
| 1/15 | Purchase Authorized On 01/14 Brad Griffin Roanoke TX S386014745306616 Card 6608 | | | 49.00 | |
| 1/15 | Purchase Authorized On 01/14 Roanoke Pharmacy Roanoke TX S466014761281522 Card 6608 | | | 43.83 | 128,768.66 |
| 1/20 | Purchase Authorized On 01/17 Raising Canes 0071 Irving TX S466017718582954 Card 6608 | | | 18.38 | |
| 1/20 | Purchase Authorized On 01/18 Kroger #0512 Southlake TX S346018656729126 Card 6608 | | | 70.65 | |
| 1/20 | Tarrant County Tax Pmt 260119 7147150 David *Alvarez | | | 4,425.00 | 124,254.63 |
| 1/21 | Purchase Authorized On 01/20 Practical Pediatri Grapevine TX S346020541521514 Card 6608 | | | 25.00 | |
| 1/21 | Purchase Authorized On 01/20 Cvs/Pharmacy #1088 Westlake TX S346020634098014 Card 6608 | | | 52.71 | |
| 1/21 | Denton County, T Payment 260120 100346116716 Denton County, TX Tax | | | 22,260.61 | 101,916.31 |
| 1/22 | Purchase Authorized On 01/20 Whataburger 754 Roanoke TX S356020641454727 Card 6608 | | | 21.20 | 101,895.11 |
| 1/23 | Purchase Authorized On 01/22 Family Dollar Dallas TX S346022804791725 Card 6608 | | | 4.90 | 101,890.21 |



=> **Wells Fargo Prime Checking** (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 1/28 | D&C Asset Holdin Payroll 260128 01820000-0339-0 David Alvarez | | 6,488.77 | | |
| 1/28 | Purchase Authorized On 01/26 Joes Pizza Southlake TX S386027042697613 Card 6608 | | | 22.49 | 108,356.49 |
| 1/30 | Purchase Authorized On 01/29 Tarrant County Csc 817-8841704 TX S386029735617377 Card 6608 | | | 120.00 | |
| 1/30 | Purchase Authorized On 01/29 Tarrant County Csc 877-8852097 IL S586029735623064 Card 6608 | | | 3.54 | |
| 1/30 | Interest Payment | | 0.99 | | |
| 1/30 | Federal Tax Withheld | | | 0.23 | 108,233.71 |
| Totals | | | $16,181.04 | $37,979.75 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

Important Account Information

Provision of Emergency Services to Wells Fargo Visa Debit Card Holders

We provide certain emergency services to our Wells Fargo Visa Debit Card holders, including a cardholder inquiry service, emergency card replacement, and lost/stolen card reporting. To obtain emergency services related to your Wells Fargo Visa Debit Card, please call the toll-free or international collect-call telephone number on the back of your card.

---

Important Account Information

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Important Account Information

The Wells Fargo Prime Checking account has a $25 monthly service fee which can be avoided each fee period with $20,000 or more in statement-ending qualifying linked (a) consumer bank deposit account balances (checking, savings, time accounts (CDs), FDIC-insured IRAs) and (b) investment account balances (investments available through our brokerage affiliate Wells Fargo Advisors*,**, and applicable bank fiduciary and custody accounts.) Refer to the Wells Fargo Bank Consumer Account Fee and Information Schedule at wellsfargo.com/online-banking/consumer-account-fees/ for further information about the Prime Checking account and applicable bank fees.

*Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.
**Certain investments or investment accounts are not eligible for linking.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested



=>  Wells Fargo Prime Checking (continued)

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513649.1.1

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.
©2021 Wells Fargo Bank, N.A., All rights reserved. NMLSR ID 399801

