**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| In Re: | § § § | |
| DAVID CORTEZ ALVAREZ, | § § | Case No. 25-42809 |
| Debtor. | § § § | Chapter 11, Sub V |

## ORDER GRANTING DEBTOR'S APPLICATION FOR COMPENSATION OF ACCOUNTANT AND FOR OPENING A RETAINER

On December 1, 2025, Debtor's Application for Compensation of Accountant and for Opening a Retainer (the "Application") was filed by David Alvarez (the "Debtor") in the above-referenced case. The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21)-day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Application to file a written response within twenty-one days or the Application would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Application has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Application stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Debtor's Application for Compensation of Accountant and for Opening a Retainer filed by Debtor on December 1, 2025, is hereby **GRANTED** so as to approve Accountant's compensation totaling $1269.00, consisting of fees in the amount of $713.00 for professional services, $56.00 for expenses, and $500.00 for a retainer account; it is further

**ORDERED** that Debtor is authorized to pay Accountant $1269.00; and it is further

**ORDERED** that Accountant shall open a retainer account on Debtor's behalf and hold $500.00 in the retainer account until further order of this Court.

Signed on 4/14/2026

_Brenda T. Rhoades_          KC
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE