Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Cortez** | **Alvarez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Texas** _____

Case number **25-42809**
(if known)

☑ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** **Roberta Alvarez** | $9,000.00 | $9,000.00 | $0.00 |

| | |
|---|---|
| Priority Creditor's Name | Last 4 digits of account number  ___ ___ ___ ___ |
| **c/o Michael Wysocki** | **When was the debt incurred?**  _____ |
| **7330 Stonebrook Pkwy Ste 100, MB #3** | |
| Number          Street | **As of the date you file, the claim is:** Check all that apply. |
| **Frisco, TX 75034** | ☐ Contingent |
| City          State          ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** temporary domestic support

Debtor 1   **David**          **Cortez**          **Alvarez**                    Case number *(if known)* **25-42809**
           First Name       Middle Name       Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

|  | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

**2.2** **Texas Comptroller of Public Accounts**

Priority Creditor's Name

**Bankruptcy & Collections Division**

**P.O. Box 12548, MC-008**

Number         Street

**Austin, TX 78711**

City          State      ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  _____

Total claim: **$81,116.14**   Priority amount: **$81,116.14**   Nonpriority amount: **$0.00**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **2** of **11**

Debtor 1    **David**          **Cortez**          **Alvarez**          Case number *(if known)* 25-42809

First Name        Middle Name         Last Name

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**  **829 Yale Holdings, Inc.**

Nonpriority Creditor's Name

**c/o I. Villareal, Dykema Gossett PLLC**

**1401 McKinney Suite 1625**

Number          Street

**Houston, TX 77010**

City          State          ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    _____

**$8,355,104.89**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.2**  **AMEX Business Gold Card**

Nonpriority Creditor's Name

**Po Box 6031**

Number          Street

**Carol Stream, IL 60197-6031**

City          State          ZIP Code

Last 4 digits of account number    6   0   0   6

When was the debt incurred?    08/31/2025

**$31,181.65**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Precise Elite / David Alvarez

Debtor 1    **David**     **Cortez**     **Alvarez**     Case number *(if known)* **25-42809**

    First Name      Middle Name      Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**     **Total claim**

### 4.3   AMEX Business Green Rewards Card

Nonpriority Creditor's Name

**American Express**

**P.O. Box 6031**

Number      Street

**Carol Stream, IL 60197-6031**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** David C. Alvarez / Precise Cleaning Co.

**Last 4 digits of account number**   4   0   0   1     **$0.00**

**When was the debt incurred?**    7/22/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

### 4.4   AMEX Business Platinum Card

Nonpriority Creditor's Name

**American Express**

**P.O. Box 6031**

Number      Street

**Carol Stream, IL 60197-6031**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Precise Cleaning Co. / David C. Alvarez

**Last 4 digits of account number**   6   0   0   4     **$0.00**

**When was the debt incurred?**    10-22-2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

| Debtor 1 | David | Cortez | Alvarez | Case number *(if known)* 25-42809 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.5** **AMEX Business Platinum Card**
Nonpriority Creditor's Name

**American Express**

**P.O. Box 6031**
Number          Street

**Carol Stream, IL 60197-6031**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** D and C Asset / David Alvarez

Last 4 digits of account number    2  0  0  8          **$16,914.20**

**When was the debt incurred?**          08/31/2025

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.6** **AMEX Marriott Bonvoy Business**
Nonpriority Creditor's Name

**American Express**

**P.O. Box 6031**
Number          Street

**Carol Stream, IL 60197-6031**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Precise Elite / David Alvarez

Last 4 digits of account number    2  0  0  9          **$23,871.22**

**When was the debt incurred?**          08/31/2025

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

Debtor 1   **David**          **Cortez**          **Alvarez**                          Case number *(if known)* **25-42809**

First Name          Middle Name          Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

**4.7** | **Barclays Amer Airlines AAdvant Aviator**          Last 4 digits of account number    **4  5  7  2**          **$2,466.83**

Nonpriority Creditor's Name

**Barclays**                                         When was the debt incurred?        **08/31/2025**

**P.O. Box 60517**

Number          Street                              **As of the date you file, the claim is:** Check all that apply.

**City of Industry, CA 91716-0517**                ❑ Contingent

City          State          ZIP Code               ❑ Unliquidated

                                                    ❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only                                     **Type of NONPRIORITY unsecured claim:**

❑ Debtor 2 only                                     ❑ Student loans

❑ Debtor 1 and Debtor 2 only                        ❑ Obligations arising out of a separation agreement or divorce that you did not report as

❑ At least one of the debtors and another              priority claims

☑ **Check if this claim is for a community debt**    ❑ Debts to pension or profit-sharing plans, and other similar debts

                                                    ☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

☑ No

❑ Yes

**Remarks:** David Alvarez

**4.8** | **Bella Houston Heights**                  Last 4 digits of account number    __ __ __ __          **unknown**

Nonpriority Creditor's Name                          When was the debt incurred?        _____

**Howard Marc Spector, Spector & Cox, PLLC**

**12770 Coit Road Suite 850**                       **As of the date you file, the claim is:** Check all that apply.

Number          Street                              ❑ Contingent

**Dallas, TX 75251**                                ❑ Unliquidated

City          State          ZIP Code               ☑ Disputed

**Who incurred the debt?** Check one.              **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                                     ❑ Student loans

❑ Debtor 2 only                                     ❑ Obligations arising out of a separation agreement or divorce that you did not report as

❑ Debtor 1 and Debtor 2 only                           priority claims

❑ At least one of the debtors and another           ❑ Debts to pension or profit-sharing plans, and other similar debts

❑ Check if this claim is for a community debt        ☑ Other. Specify   **Counterclaim allegations to clear title and torts alleged**

**Is the claim subject to offset?**

☑ No

❑ Yes

Debtor 1    **David**         **Cortez**         **Alvarez**          Case number *(if known)* **25-42809**
　　　　　　First Name　　　　Middle Name　　　Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.　　　　　**Total claim**

**4.9** | **Capital One Business** | Last 4 digits of account number　**3　5　0　9** | **$13,314.78**

Nonpriority Creditor's Name

**Capitol One**

**P.O. Box 60519** | When was the debt incurred?　　**08/31/2025**

Number　　　　　Street

**City of Industry, CA 91716-0619**

City　　　　　State　　　　ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify　**Credit Card**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Remarks:** David C. Alvarez / Precise Elite Services

**4.10** | **Capital One Business Venture X** | Last 4 digits of account number　**9　4　2　3** | **$4,996.06**

Nonpriority Creditor's Name

**Capitol One**

**P.O. Box 60519** | When was the debt incurred?　　**08/31/2025**

Number　　　　　Street

**City of Industry, CA 91716-0619**

City　　　　　State　　　　ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify　**Credit Card**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Remarks:** David C. Alvarez / D&C Asset Holdings LLC

Debtor 1    **David**          **Cortez**         **Alvarez**              Case number *(if known)* 25-42809
            First Name        Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.11**  **Citi / AAdvantage Business Card**              Last 4 digits of account number    **4   6   5   1**              **$4,210.75**
Nonpriority Creditor's Name

**Citibusiness Card**                                      **When was the debt incurred?**       **08/31/2025**

**P.O. Box 658202**
Number          Street                                    **As of the date you file, the claim is:** Check all that apply.

**Dallas, TX 75265-8202**                                 ❑ Contingent
City            State            ZIP Code                 ❑ Unliquidated
                                                          ❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only                                           **Type of NONPRIORITY unsecured claim:**
❑ Debtor 2 only                                           ❑ Student loans
❑ Debtor 1 and Debtor 2 only                              ❑ Obligations arising out of a separation agreement or divorce that you did not report as
❑ At least one of the debtors and another                    priority claims
☑ Check if this claim is for a community debt             ❑ Debts to pension or profit-sharing plans, and other similar debts
                                                          ☑ Other. Specify   **Credit Card**
**Is the claim subject to offset?**

☑ No
❑ Yes

**Remarks:** David C. Alvarez / Precise Cleaning Company

---

**4.12**  **Citi Advantage Card**                          Last 4 digits of account number    **8   8   5   8**              **$2,580.28**
Nonpriority Creditor's Name
**P.O. Box 658202**                                        **When was the debt incurred?**       **08/31/2025**
Number          Street


**Dallas, TX 75265**                                       **As of the date you file, the claim is:** Check all that apply.
City            State            ZIP Code                 ❑ Contingent
                                                          ❑ Unliquidated
**Who incurred the debt?** Check one.                      ❑ Disputed

☑ Debtor 1 only                                           **Type of NONPRIORITY unsecured claim:**
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only                              ❑ Student loans
❑ At least one of the debtors and another                 ❑ Obligations arising out of a separation agreement or divorce that you did not report as
☑ Check if this claim is for a community debt                priority claims
                                                          ❑ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**                        ☑ Other. Specify   **Credit Card**

☑ No
❑ Yes

**Remarks:** personal

---

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page **8** of **11**

| Debtor 1 | **David** | **Cortez** | **Alvarez** | Case number *(if known)* **25-42809** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**   Total claim

**4.13** **Cowles Thompson**   Last 4 digits of account number  __ __ __ __   $0.00

Nonpriority Creditor's Name

**Attn: Lene Alley DeRudder**   **When was the debt incurred?**  _____

**4965 Preston Park Blvd Ste 320**   **As of the date you file, the claim is:** Check all that apply.

Number        Street

❏ Contingent

**Plano, TX 75093**   ❏ Unliquidated

City        State        ZIP Code   ❏ Disputed

**Who incurred the debt?** Check one.   **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only   ❏ Student loans

❏ Debtor 2 only   ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another   ❏ Debts to pension or profit-sharing plans, and other similar debts

❏ **Check if this claim is for a community debt**   ☑ Other. Specify **Divorce Attorney - for David Alvarez**

**Is the claim subject to offset?**

☑ No

❏ Yes

**4.14** **Nicholas Fugedi, TE of Carb Pura Vida Trust**   Last 4 digits of account number  __ __ __ __   unknown

Nonpriority Creditor's Name

**c/o Lema Mousilli**   **When was the debt incurred?**  _____

**11807 Westheimer Rd, PMB 624 Ste 550**   **As of the date you file, the claim is:** Check all that apply.

Number        Street

❏ Contingent

**Houston, TX 77077**   ❏ Unliquidated

City        State        ZIP Code   ☑ Disputed

**Who incurred the debt?** Check one.   **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only   ❏ Student loans

❏ Debtor 2 only   ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another   ❏ Debts to pension or profit-sharing plans, and other similar debts

❏ **Check if this claim is for a community debt**   ☑ Other. Specify **New lawsuit allegations, title action**

**Is the claim subject to offset?**

☑ No

❏ Yes

---

Official Form 106E/F       **Schedule E/F: Creditors Who Have Unsecured Claims**       page **9** of **11**

Debtor 1    **David**          **Cortez**          **Alvarez**                     Case number *(if known)* **25-42809**
_____
            First Name      Middle Name      Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

☐ 1.  **Jamie Kirk**                              On which entry in Part 1 or Part 2 did you list the original creditor?
_____
Name

**Asst Atty Gen, Bankruptcy & Collections**     Line **2.2** of *(Check one):*   ☑ Part 1: Creditors with Priority Unsecured Claims
_____                                         ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**12221 Merit Drive Suite 825**                 **Last 4 digits of account number**    ___ ___ ___ ___
_____
Number      Street

**Dallas, TX 75251**
_____
City            State        ZIP Code

Official Form 106E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**                page **10** of **11**

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **David** | **Cortez** | **Alvarez** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:      **Eastern District of Texas**

Case number      **25-42809**
(if known)

☑ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................................................. | $964,999.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*....................................................................... | $947,486.97 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................................................. | $1,912,485.97 |

### Part 2: Summarize Your Liabilities

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $2,271.67 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $90,116.14 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $8,454,640.66 |
| **Your total liabilities** | $8,547,028.47 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*........................................................................... | $8,713.70 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................................... | $18,498.23 |

| Debtor 1 | **David** | **Cortez** | **Alvarez** | | Case number *(if known)* **25-42809** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:  Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   _____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

|  | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total.** Add lines 9a through 9f. | _____ |

Debtor 1    **David**          **Cortez**          **Alvarez**                    Case number *(if known)* **25-42809**
            First Name          Middle Name         Last Name

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

| | | | | Total claim |
|---|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | | $0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | | $81,116.14 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | | $0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + | $9,000.00 |
| 6e. | **Total.** Add lines 6a through 6d. | 6e. | | $90,116.14 |

**Total claim**

**Total claims from Part 2**

| | | | | Total claim |
|---|---|---|---|---|
| 6f. | **Student loans** | 6f. | | $0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | $0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | $0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + | $8,454,640.66 |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. | | $8,454,640.66 |

Fill in this information to identify your case:

| Debtor 1 | **David** | **Cortez** | **Alvarez** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Eastern District of Texas**

Case number (if known)   **25-42809**

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _David Alvarez_

David Cortez Alvarez, Debtor 1

Date 06/17/2026
     MM/ DD/ YYYY

Revised December 1, 2023                                                    TXEB Appendix 1007-b-7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS

IN RE:

| |
|---|
| David Cortez Alvarez,<br><br>Debtor |

| |
|---|
| 25-42809 - Chapter 11, SubV<br><br>Bankruptcy Case Number |

### NOTICE OF CHANGE IN SCHEDULE OF CREDITORS

In accordance with LBR 1007(b)7, the attached amended schedule is filed for the following reason (check only one):

**X**      Add Creditor(s) [requires $34.00 filing fee]

☐      Delete Creditor(s) [requires $34.00 filing fee]

☐      Change the Amount of a Debt [requires $34.00 filing fee]

☐      Change the Classification of a Debt [requires $34.00 filing fee]

☐      Change address of Creditor(s) or add an Attorney for a Creditor (no fee required)

☐      Amendment to Schedule C - Property Claimed as Exempt [requires service on matrix]

☐      Amendment to Schedule I - Current Income of Individual Debtor(s)

☐      Amendment to Schedule J - Current Expenditures of Individual Debtor(s)

☐      Initial Amended Schedules due to Chapter Conversion

| |
|---|
| Instructions: A separate Notice of Change is required when both adding and deleting creditors. An amended (partial) matrix is required to add or delete creditors. **ANNOTATE CLEARLY SO CHANGES ARE EASILY UNDERSTANDABLE.** <u>Do Not Refile A Complete New Matrix</u>. Only those creditors affected by the amended schedule should be shown on the matrix. If the $34.00 filing fee is required, multiple filings of a Notice of Change filed <u>in the same case</u> at <u>the same time</u> require only a single $34.00 fee. Adding or deleting creditors at different times require a fee each time. |

| |
|---|
| I, or each of us, declare under penalty of perjury that I/we have read the changes in the List of Creditors (Master Mailing List (matrix)) and to the schedules and statements as attached hereto and that they are correct to the best of my/our knowledge, information, and belief.<br><br>Date: _____June 17, 2026_____      _____/s/ David Alvarez_____<br>                                          Debtor Signature<br><br><br>Date: _____      _____<br>                                          Joint Debtor Signature |

## NEWLY ADDED CREDITORS TO MATRIX

### 829 Yale Holdings, Inc.
c/o I. Villareal
Dykema Gossett PLLC
1401 McKinney Suite 1625
Houston, TX 77010

### Bella Houston Heights
c/o Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road Suite 850
Dallas, TX 75251

### Jamie Kirk
Asst Atty Gen, Bankruptcy & Collections
12221 Merit Drive, Suite 825
Dallas, TX 75251

### Nicholas Fugedi, TE of Carb Pura Vida Trust
c/o Lema Mousilli
11807 Westheimer Rd
PMB 624 Ste 550
Houston, TX 77077

### Texas Comptroller of Public Accounts
Bankruptcy & Collections Division
P.O. Box 12548, MC-008
Austin, TX 78711